**No. 10-8231. In re Oliver Macklin, Petitioner.**

562 U.S. 1199, 131 S. Ct. 1060, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 974.

January 24, 2011. Petition for writ of habeas corpus denied.

**No. 10-7904. In re David W. Creveling, Petitioner.**

562 U.S. 1199, 131 S. Ct. 1055, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 955.

January 24, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

**No. 10-455. Rory M. Walsh, Petitioner v. Robert Krantz, et al.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 1010.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1092, 131 S. Ct. 801, 178 L. Ed. 2d 532, 2010 U.S. LEXIS 9512.

**No. 10-464. Texas Disposal Systems Landfill, Inc., Petitioner v. Environmental Protection Agency, et al.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 948.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1064, 131 S. Ct. 665, 178 L. Ed. 2d 483, 2010 U.S. LEXIS 9187.

**No. 10-6060. John P. Dunbar, Petitioner v. Hawaii.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 985.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1067, 131 S. Ct. 646, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9268.

**No. 10-6075. Gary R. Thompson, Petitioner v. Randy Workman, Warden.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 967.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1008, 131 S. Ct. 514, 178 L. Ed. 2d 380, 2010 U.S. LEXIS 8599.

**No. 10-6125. Timothy Thomas Eubanks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 877, 2011 U.S. LEXIS 1012.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1009, 131 S. Ct. 518, 178 L. Ed. 2d 382, 2010 U.S. LEXIS 8563.